# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number:  **21-02968-jw**
Adversary Proceeding Number:  **22-80001-jw**

**ORDER**

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**01/03/2022**



*/s/ John E. Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 01/03/2022

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re,<br><br>Jaquana Tanecia Milledge,<br><br>Debtor(s). | C/A No. 21-02968-JW<br><br>Adv. Pro. No. 22-80001-JW<br><br>Chapter 13 |
| Jaquana Tanecia Milledge,<br><br>Plaintiff(s),<br><br>v.<br><br>Carolina Acceptance<br><br>Defendant(s). | **ORDER AND NOTICE OF EMERGENCY HEARING** |

This matter comes before the Court upon a Motion for Turnover ("Motion") and request for expedited hearing on the Motion. The Motion and request for expedited hearing was filed on January 3, 2022, by Jaquana Tanecia Milledge ("Plaintiff").

It appearing that an expedited hearing on the Motion is warranted,

**IT IS ORDERED**, that a hearing on the Motion shall be held before the undersigned at the J. Bratton Davis United States Bankruptcy Courthouse, 1100 Laurel Street, Columbia, SC 29201-2423 on **January 6, 2022 at 9:30 AM**.

**IT IS FURTHER ORDERED**, that any objection, return or response to the Motion shall be in accordance with SC LBR 9014-1 and shall be **served** on Plaintiff's counsel, Jason T. Moss, 816 Elmwood Avenue, Columbia, SC 29201 and **filed** with the Court at the J. Bratton Davis United States Courthouse, 1100 Laurel Street, Columbia, South Carolina, 29201, **at or before the hearing on January 6, 2022**.

**IT IS FURTHER ORDERED**, that Plaintiff shall serve a copy of the Motion (if not previously served) and this Order by hand delivery, telefax, electronic mail (receipt confirmed) or overnight delivery on Carolina Acceptance and their respective counsel, if known, the Chapter 13 Trustee, and any other essential party in interest **by 6:00 PM on January 3, 2022**. In addition, Plaintiff shall ensure that the requirements of Fed. R. Bankr. P. 7004 are met. Plaintiff's counsel shall file an affidavit of such service with this Court no later than January 4, 2022.

**AND IT IS SO ORDERED.**