UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br>Jaquana Tanecia Milledge,<br>SSN# (xxx-xx-3074)<br>aka Jaquana T Milledge,<br>aka Jaquana Milledge,<br><br>        Debtor, | CASE NO.: 21-02968 jw |
| Jaquana Tanecia Milledge,<br>SSN# (xxx-xx-3074)<br>aka Jaquana T Milledge,<br>aka Jaquana Milledge,<br><br>        Plaintiff,<br><br>v.<br><br>Carolina Acceptance,<br><br>        Defendant(s) | CHAPTER 13<br><br><br><br><br><br><br><br><br><br><br>Adv. Proc. No.  22-80001 |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on January 3, 2022, I served, on the persons and addresses shown below as well as the attached mailing matrix, by First Class Mail, postage prepaid, the Summons, Notice, and Complaint Seeking Turnover of Property Pursuant to 11 U.S.C. § 542, Motion for Immediate Turnover, and the Motion for Expedited Hearing on Motion for Immediate Turnover of Property.

Annemarie Belanger Mathews
Chapter 13 Trustee
3700 Forest Drive, Suite 302
Columbia, South Carolina 29204
Via Electronic Notice

Carolina Acceptance
1400 Bluff Road, Suite A
Columbia, South Carolina 29201
Via Certified Mail and Personal Service

Jane H Downey
Moore Bradley Myers Law Firm, P.A.
PO Box 5709
West Columbia, South Carolina 29171-5709
Via Electronic Mail, Certified Mail and Personal Service

        /s/ Korey Williams
        Korey Williams
        Moss & Associates, Attorneys P.A.
        816 Elmwood Avenue
        Columbia, SC 29201
        (803) 933-0202

Columbia, South Carolina

January 3, 2022